**Paul Pletke, Appellee, v. Frank D. Shobe, Appellant.**

**Gen. No. 46,897.** 

First District, Third Division.
June 13, 1956.
Rehearing denied July 31, 1956.
Released for publication September 12, 1956.

Frank D. Shobe, pro se, appellant; Benjamin H. Vanderveld, for appellee. Opinion by PRESIDING JUSTICE LEWE. **Not to be published in full.**